**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| CHARITY MUSTO,<br><br>Plaintiff,<br><br>v.<br><br>ALLOY FASTENERS, INC.,<br><br>Defendant. | Docket No.: 3:25-cv-00362-KAC-DCP<br><br>Jury Demanded |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the parties, Defendant Alloy Fasteners, Inc. and Plaintiff Charity Musto, by and through their respective counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 68.1, and jointly stipulate and agree that this action, including all claims asserted herein, may be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

JOINTLY submitted,

**ADAMS & REESE LLP**

*s/Brent E. Siler*___________
Brent E. Siler (TN Bar No. 22289)
6075 Poplar Ave., Ste. 700
Memphis, Tennessee 38119
Tel.: (901) 524-5278
Fax: (901) 524-5378
Brent.Siler@arlaw.com

*Attorney for Alloy Fasteners, Inc.*

*s/G. Brandon Hall*__________
G. Brandon Hall (TN Bar No. 34027)
The EC Law Group
1625 Broadway, Ste 601
bhall@eclaw.com

*Attorneys for Charity Musto.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed via the Court's ECF system and notice was given to all counsel of record pursuant to the Federal Rules of Civil Procedure by Electronic Filing, on this the 2nd day of October, 2026.

*/s/ Brent E. Siler*___________
Brent E. Siler